No. 76–1524. TIMES MIRROR CO. *v.* ANSELMI ET AL. C. A. 10th Cir. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE POWELL would grant certiorari. ▮

No. 76–1533. FOGG, CORRECTIONAL SUPERINTENDENT *v.* WELCOME. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari denied as untimely filed. 28 U. S. C. § 2101 (c). ▮

No. 76–6333. GHOLSON ET AL. *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. ▮

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would vacate the death sentences in this case.

No. 76–1353. KUYKENDALL *v.* SOUTHERN FARM BUREAU CASUALTY INSURANCE Co., 431 U. S. 917;
No. 76–6265. GOODWIN *v.* GEORGIA, 431 U. S. 909; and
No. 76–6397. BOYD *v.* RODRIGUEZ, WARDEN, 431 U. S. 921. Petitions for rehearing denied.

No. 665, O. T. 1966. KLEIN *v.* KLEIN, 385 U. S. 973. Motion for leave to file third petition for rehearing denied.

No. 76–330. PARKER *v.* BOORSTIN, LIBRARIAN OF CONGRESS, ET AL., 429 U. S. 978. Motion for leave to file petition for rehearing denied.